No. 295. F. A. COCKE *v.* MORGAN'S LOUISIANA & TEXAS R. R. & S. S. CO. ET AL. Error to the District Court of the United States for the Southern District of Mississippi. Argued December 5, 1924. Decided December 8, 1924. *Per Curiam.* Cause transferred to the Circuit Court of Appeals for the Fifth Circuit, upon authority of: (1) Act of September 14, 1922, c. 305, 42 Stat. 827; *Heitler* v. *United States,* 260 U. S. 438, 439; (2) *Toop* v. *Ulysses Land Co.,* 237 U. S. 580, 583; *Piedmont Power & Light Co.* v. *Graham,* 253 U. S. 193, 195. *Mr. Frederick H. Lotterhos* and *Mr. George Butler,* for plaintiff in error, submitted. *Mr. Charles N. Burch,* with whom *Mr. R. H. Thompson, Mr. J. H. Thompson, Mr. H. D. Minor* and *Mr. Harry McCall* were on the briefs, for defendants in error.

No. —, Original: *Ex parte*: IN THE MATTER of WILLIAM J. VEACH, PETITIONER. Submitted December 8, 1924. Decided December 15, 1924. Motion for leave to file a petition for a writ of mandamus herein denied. *Mr. Henry J. Richardson* for petitioner.